United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Juana Paulina Castellon Molina, Plaintiff ) ) ) | |
| v. ) ) ) | Civil Action No. 15-20427-Civ-Scola |
| Pura Margarita Espin, Defendant ) | |

**Order Dismissing Case for Failure to Comply with Court Order and Federal Rule Of Civil Procedure 4(m)**

It appears that the Plaintiff has failed to timely serve the Defendant in this case.  The Plaintiff filed her Complaint on February 3, 2015.  The Court reminded Plaintiff on May 1, 2015 that she was responsible for serving the defendant with a summons and the complaint within 120 days of filing the complaint and noted that service was required by June 3, 2015.  Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m).  From a review of the record, it does not appear that the Plaintiff has served the Defendants with the summons and complaint.  *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court.").  "If the plaintiff fails to properly serve the defendant within 120 days, 'the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.'" *Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007) (quoting Fed. R. Civ. P. 4(m)).

Accordingly, the Plaintiff has failed to comply with Rule 4(m) and the Court's previous order instructing her to serve the defendant.  The Court dismisses this case without prejudice.

**Done and Ordered** in chambers, at Miami, Florida, on June 10, 2015.

_____
Robert N. Scola, Jr.
United States District Judge